UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE DERMANSKY,

                                        Plaintiff,

        - against -

INDEPENDENT WORLD TELEVISION, INC.

                                        Defendant.

Docket No. 1:20-cv-1614

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Julie Dermansky ("Dermansky" or "Plaintiff") by and through her undersigned

counsel, as and for her Complaint against Defendant Independent World Television, Inc.

("Independent World Television" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for copyright infringement under Section 501 of the Copyright

Act. This action arises out of Defendant's unauthorized reproduction and public display of a

copyrighted photograph of Betty Osceola, owned and registered by Dermansky, a professional

photographer. Accordingly, Dermansky seeks monetary relief under the Copyright Act of the

United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2.      This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court

has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Defendant because Defendant resides

and/or transacts business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Dermansky is a professional photographer in the business of licensing her photographs to online and print media for a fee having a usual place of business at 2357 Cours Carson Street, Mandeville, LA 70448.

6.      Upon information and belief, Independent World Television is a domestic business corporation duly organized and existing under the laws of the State of New York, with a place of business at 143 West 4th Street, New York, New York 10012. Upon information and belief, Independent World Television is registered with the New York Department of Corporations to do business in New York. At all times material, hereto, Independent World Television has owned and operated a website at the URL: www.TheRealNews.com (the "Website").

## STATEMENT OF FACTS

### A.      Background and Plaintiff's Ownership of the Photograph

7.      Dermansky photographed Betty Osceola (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8.      Dermansky is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10.     The Photograph was registered with the United States Copyright Office and was given registration number VA 2-130-770.

### B.      Defendant's Infringing Activities

11.     Independent World Television ran an article on the Website entitled *How Florida's Native American Predicted and Survived Hurricanes.* See:

https://therealnews.com/t2/story:19991:How-Florida's-Native-Americans-Predicted-and-Survived-Hurricanes.The article featured the Photograph. A screenshot of the Photograph on the Website is attached hereto as Exhibit B.

12.    Independent World Television did not license the Photograph from Plaintiff for its article, nor did Independent World Television have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST INDEPENDENT WORLD**
**TELEVISION)**
**(17 U.S.C. §§ 106, 501)**

13.    Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14.    Independent World Television infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Independent World Television is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15.    The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16.    Upon information and belief, the foregoing acts of infringement by Independent World Television have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17.     As a direct and proximate cause of the infringement by the Defendant of

Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and

defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.     That Defendant Independent World Television be adjudged to have infringed
upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and
501;

2.     Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or
advantages of any kind attributable to Defendant's infringement of Plaintiff's
Photograph;

3.     That Defendant be required to account for all profits, income, receipts, or other
benefits derived by Defendant as a result of its unlawful conduct;

4.     That Plaintiff be awarded punitive damages for copyright infringement;

5.     That Plaintiff be awarded attorney's fees and costs;

6.     That Plaintiff be awarded pre-judgment interest; and

7.     Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal

Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
       February 24, 2020

                                        LIEBOWITZ LAW FIRM, PLLC
                                        By: /s/Richard Liebowitz

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Julie Dermansky*