UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE DERMANSKY,<br><br>                Plaintiff,<br><br>   v.<br><br>INDEPENDENT WORLD TELEVISION, INC.,<br><br>                Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**Case No.: 1:20-cv-1614-PKC** |

**IT IS HEREBY NOTICED** that plaintiff, Julie Dermansky, hereby voluntarily dismisses the above action with prejudice and without costs.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: July 30, 2020
*Attorney for Plaintiff Julie Dermansky*

SO ORDERED:

                                          Hon. P. Kevin Castel, U.S.D.J.